

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

NO. 2-09-336-CV

MONCRIEF OIL                                              APPELLANT
INTERNATIONAL, INC.

V.

OAO GAZPROM, OAO                                          APPELLEES
GAZPROMBANK, GAZPROM
EXPORT, LLC, AND GAZPROM
MARKETING & TRADING, LTD.

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Motion To Dismiss Appellee OAO Gazprombank." It is the court's opinion that the motion should be granted; therefore, we dismiss without prejudice the appeal of appellant as to appellee

---

[1] *... See* Tex. R. App. P. 47.4.

OAO Gazprombank only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "Moncrief Oil International, Inc. v. OAO Gazprom, Gazprom Export, LLC, and Gazprom Marketing & Trading, Ltd."

Costs of the appeal as to appellee OAO Gazprombank only shall be paid by appellant, for which let execution issue.

PER CURIAM

PANEL: WALKER and GARDNER, JJ.; and WILLIAM BRIGHAM (Senior Justice, Retired, Sitting by Assignment).

DELIVERED: April 8, 2010

2